UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISNEY ENTERPRISES, INC.;
LUCASFILM LTD. LLC; and
LUCASFILM ENTERTAINMENT
COMPANY LTD. LLC,

    Plaintiffs,

v.       Case No. 6:19-cv-2318-Orl-37GJK

MOUSEPRINT MEDIA, LLC; and ERIC
A. WICHHART,

    Defendants.
_____

## ORDER

This matter comes before the Court upon the Notice of Filing Stipulated Permanent Injunction and Final Order (Doc. 22 ("**Notice**")) submitted by Disney Enterprises, Inc., Lucasfilm Ltd. LLC, Lucasfilm Entertainment Company Ltd. LLC (collectively, "**Plaintiffs**" or "**Rightsholders**") and Mouseprint Media, LLC d/b/a Disgear a/k/a www.disgeardesigns.com and Eric A. Wichhart (collectively, "**Defendants**"). The parties voluntarily enter into this Stipulated Permanent Injunction and Final Order (Doc. 22-1 ("**Order**")). The Court makes the following findings of fact and conclusions of law:

    1.    The Court has jurisdiction over Plaintiffs, Defendants and the subject matter of this action.

2. Defendants have stipulated that Plaintiffs are the owners of the copyrighted properties identified in the federal copyright registrations indexed and attached hereto as Exhibit 1-A, as well as the distinctive trademarks identified by the index of trademark registrations attached hereto as Exhibit 1-B. The copyrighted properties and trademarks identified in Exhibits 1-A and 1-B of this Order will collectively be referred to as the "**Rightsholders' Properties**." Defendants agree that the respective registrations are valid, subsisting and conclusive proof of Plaintiffs' rights to the Rightsholders' Properties.

3. Plaintiffs brought this action against the Defendants, alleging claims of trademark infringement, unfair competition, and copyright infringement.

4. Plaintiffs' action arose out of Defendants' infringement of the Rightsholders' Properties through an online retail sales business that manufactures, markets, sells, offers for sale, and distributes unauthorized goods, including apparel which reproduces, depicts and/or incorporates the Rightsholders' Properties ("**Unauthorized Goods**"). Defendants sell, market, advertise, and offer for sale the Unauthorized Goods through its own directly operated websites located at www.myfavoritedisgear.com, www.disgeardesigns.com [redirecting to www.myfavoritedisgear.com], and www.behindthemouse.com (collectively, "**Commercial Websites**"), as well as online marketplace websites, and numerous content-sharing and social media platforms. Defendants also utilize various trademarks and

service marks which infringe upon the Rightsholders' Properties (individually and collectively, "**Defendants' Infringing Marks**"). Defendants' Infringing Marks include the DISGEAR word mark (Reg. No. 4917399), DISGEAR device  (App. No. 88312616), LIVE THE MAGIC mark (App. No. 88312574), SIMPLY MAGICAL mark (Reg. No. 5339363), and HOME device  (App. No. 88221278).

5. Defendants have never been authorized by the Plaintiffs to manufacture, market, sell, offer for sale, or distribute merchandise bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Rightsholders' Properties, or any design of a substantially similar appearance to the Rightsholders' Properties.

6. Plaintiffs allege they have suffered irreparable injury as a result of Defendants' manufacturing, marketing, selling, offering for sale, and distribution of merchandise bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Rightsholders' Properties, or any design of a substantially similar appearance to the Rightsholders' Properties. Plaintiffs will continue to suffer irreparable harm and injury should this Court not issue a permanent injunction enjoining such actions by the Defendants.

7. Defendants have stipulated and agreed to entry of a Permanent Injunction and Final Order, forever enjoining them from manufacturing, marketing, selling, offering for sale, distributing, or commercial exploitation of any kind, of merchandise bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Rightsholders' Properties, or any design of a substantially similar appearance to the Rightsholders' Properties, including but not limited to further distribution of the Unauthorized Goods or use of the Defendants' Infringing Marks.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. A permanent injunction is entered as to Defendants, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Defendants, their agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, from the following actions:

    a. Manufacturing, marketing, selling, offering for sale, and distributing any merchandise or services not authorized by the Plaintiffs and bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations in violation of Plaintiffs' intellectual property rights, or any design of a substantially similar appearance to the Rightsholders' Properties identified in Exhibits 1-A and 1-B to this Order, including but not limited to the Unauthorized Goods and the Defendants' Infringing Marks;

    b.    Passing off, inducing, or enabling others to sell or pass off as authentic products produced by the Plaintiffs or otherwise authorized by the Plaintiffs, any product not manufactured by Plaintiffs, or produced under the control or supervision of the Plaintiffs and approved by the Plaintiffs, which infringe the intellectual property rights vested in any of the Rightsholders' Properties identified in Exhibits 1-A and 1-B to this Order, including but not limited to the Unauthorized Goods and the Defendants' Infringing Marks;

    c.    Committing any act, including making false statements or representations, suggesting or otherwise causing purchasers to believe that products from Defendants are those sold under the control or supervision of the Plaintiffs, or affiliated, sponsored, approved, or guaranteed by the Plaintiffs, or connected with and produced under the control or supervision of the Plaintiffs;

    d.    Further diluting and infringing the Plaintiffs' intellectual property rights in the Rightsholders Properties, or otherwise damaging the goodwill associated with the same;

    e.    Using the Rightsholders' Properties in any unauthorized manner, including in conjunction with the creation of apparel and provision of retail apparel sale services;

  f.  Effecting corporate assignments or transfers, forming new entities or associations, or utilizing any procedure or device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subsections a-e above; and

  g.  Causing, aiding, or abetting any other person from doing any act proscribed in Subsections a-f above.

2. Defendants shall deliver for destruction any and all Unauthorized Goods in their possession or under their control bearing any of the Rightsholders' Properties or any simulation, reproduction, counterfeit, copy, or colorable imitation thereof, as well as any all devices, or software used in the manufacture or production of such infringing merchandise, to Plaintiffs' counsel or their authorized representative, and all advertising or marketing materials used in conjunction with the sale or offer for sale of such unauthorized goods or services. Defendants shall work with Plaintiffs' counsel to arrange for this transfer on a mutually convenient time and date, but no later than **twenty (20) days** from entry of this Order.

3. Defendants shall effect the following regarding the Defendants' Infringing Marks via a written agreement of settlement, executed no later than **twenty (20) days** from entry of this Order:

  a.  Leave abandoned the United States Patent & Trademark Office ("USPTO") applications for the HOME (App. No. 88221278) and DisGear (App. No. 88312616) device marks;

    b.    Expressly abandon the USPTO registration application for the LIVE THE MAGIC mark (App. No. 88312574);

    c.    Expressly abandon the DISGEAR (Reg. No. 4917399) and SIMPLY MAGICAL (Reg. No. 5339363) word mark registrations recorded with the USPTO;

    d.    Agree not to renew, refile, attempt to register, register, or otherwise use any trademark, service mark, trade name, or other name or identifier containing the terms, components of, or derivatives of the terms "Disney," "Mouse," "Magic," or any confusingly similar terms, including but not limited to the Defendants' Infringing Marks; and

    e.    Cooperate with Plaintiffs to execute any documentation and/or authorization(s) necessary to effectuate the obligations set forth in Subsections a-d above.

4.    Defendants shall transfer ownership of the Commercial Websites to Plaintiffs no later than **twenty (20) days** from entry of this Order. Defendants shall cooperate with Plaintiffs to execute any documentation and/or authorization(s) necessary to effectuate such transfer of ownership. If such transfer does not occur within the allotted timeframe, Plaintiffs will provide a copy of this Order to the relevant domain name registrar(s), requesting immediate transfer of ownership in compliance with this Order.

5. The Court shall retain jurisdiction of this action for purposes of enforcing injunctive relief and this Order, by way of contempt or otherwise. Defendants agree not to contest the validity of the Rightsholders' Properties in any such proceedings.

6. The parties waive appeal of this Permanent Injunction and Final Order.

7. The case is **DISMISSED** with prejudice, each party to bear its respective attorneys' fees and costs as related to this action.

8. The Clerk of the Court is **DIRECTED** to close this case and terminate all pending motions.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 24, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record

# EXHIBIT 1-A

## DISNEY'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58-937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 2-056-530 | Disney Mickey Mouse – Adult Branding | Style Guide |
| VA 1-812-381 | Simply Mickey – Fashion & Home | Style Guide |
| VAu 1-224-658 | Disney Pirates of the Caribbean | Style Guide |
| VA 2-056-418 | Disney Minnie Mouse Adult Branding | Style Guide |
| VA 2-046-132 | Disney Minnie Mouse: The House of Minnie | Portfolio |
| VA 1-857-568 | It's All About Minnie | Style Guide |
| VA 1-869-412 | Born to Shop Minnie's Mad About Shopping | Style Guide |
| VAu 1-224-528 | Sweet Treats: SHDR FY16 Minnie Sweetheart Confectionary | Style Guide |
| VA 2-013-265 | Disney Pixar Finding Dory | Character Art |
| VA 1-110-867 | Tinker Bell | Style Guide |
| VAu 1-224-516 | Shanghai Disney Resort | Style Guide |
| VAu 1-360-045 | RunDisney Walt Disney World Marathon Weekend 2017 | Style Guide |
| VAu 1-359-338 | Christmas 2017 Woodland Wonder Storybook | Style Guide |
| VA 1-927-042 | Disney Frozen | Art Collection |
| VA 2-101-248 | Goofy | Style Guide |

## LUCASFILM'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 1-910-796 | Star Wars: Classics | Style Guide |
| VA 1-875-024 | Star Wars Prequel | Style Guide |
| VA 1-885-788 | Star Wars Collection 2 | Style Guide |
| VA 2-007-387 | Star Wars: Retro Road Trip | Portfolio |

# EXHIBIT 1-B

## DISNEY'S TRADEMARKS

| Mark | Design | Registration Number | Date of Issuance | Class |
|---|---|---|---|---|
| "Mickey Mouse" | | 3,011,935 | November 1, 2005 | 25 |
| "Mickey Mouse" | | 3,588,873 | March 10 2009 | 9, 14, 16, 18, 25 |
| "Mickey Mouse" | | 3,750,188 | February 16, 2010 | 9, 16, 18, 25 |
| "Mickey Mouse" Design | (Mickey Mouse figure) | 2,704,887 | April 8, 2003 | 16, 18, 20, 21, 24, 25, 28 |
| Mickey Mouse 3-Circle Device | (3-circle device) | 2,784,058 | November 18, 2003 | 25 |
| "Pluto" | | 4,309,514 | March 26, 2013 | 25 |
| "Pluto" | | 4,350,381 | June 11, 2013 | 41 |
| "Tinkerbell" | | 3,580,887 | February 24, 2009 | 25 |
| "Tinkerbell" Design | (Tinkerbell silhouette) | 3,370,950 | January 15, 2008 | 25 |
| Disney Castle Device | (Disney castle) | 4,006,387 | August 2, 2011 | 9, 41 |
| "Disney Princess" | | 3,367,264 | January 8, 2008 | 25 |
| "Disney Princess" | | 3,506,495 | September 23, 2008 | 25 |
| "Disney" | | 3,340,426 | June 1, 2004 | 25 |
| "Disney" | | 3,088,198 | May 2, 2006 | 25 |

| Mark | Design | Registration Number | Date of Issuance | Class |
|---|---|---|---|---|
| "Disney Collection" | (Disney Collection logo) | 5,312,434 | October 17, 2017 | 25 |
| "Made With Magic" | (Made with Magic logo) | 5,256,664 | August 1, 2017 | 25 |
| "Magic Kingdom" | | 1,072,396 | August 30, 1977 | 41 |
| "Alive With Magic" | | 5,206,015 | May 16, 2017 | 41 |
| "Magic Your Way" | | 3,207,772 | February 13, 2007 | 41 |

### LUCASFILM PLAINTIFFS' TRADEMARKS

| Mark | Design | Registration Number | Date of Issuance | Class |
|---|---|---|---|---|
| Darth Vader Helmet Design | (Darth Vader helmet image) | 3,443,879 | June 10, 2008 | 25, 28 |
| Darth Vader Helmet Design | (Darth Vader helmet image) | 3,646,331 | June 30, 2009 | 25, 28 |

3

| Mark | Design | Registration Number | Date of Issuance | Class |
|---|---|---|---|---|
| MAY THE FOURTH BE WITH YOU | | 4,989,195 | June 28, 2016 | 28 |
| THE FORCE | | 4,396,375 | September 3, 2013 | 16 |